FILED
2011 Nov-03  AM 08:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

|                              |   |                                |
|------------------------------|---|--------------------------------|
| CARLOS HERNANDEZ-ARREDONDO,  | ) |                                |
|                              | ) |                                |
|     Petitioner, | ) |                         |
|                              | ) |                                |
| vs.                          | ) | Case No.  1:10-cv-2722-CLS-TMP |
|                              | ) |                                |
| JOHN T. RATHMAN, et al.,     | ) |                                |
|                              | ) |                                |
|     Respondents. | ) |                        |

## ORDER

On October 11, 2011, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be dismissed.  No objections have been filed.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be, and it hereby is, ADOPTED, and the recommendation is ACCEPTED.  Consequently, the eight unexhausted claims in the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 in the above-styled cause are due to be and the same are hereby DISMISSED without prejudice.  The exhausted claim, which relates to incident report #1796622, is DISMISSED with prejudice.

DONE and ORDERED this 3rd day of November, 2011.

_____
United States District Judge